No. 91–5062. BOYER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–5063. BROWN v. BROWN ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–5064. GASSAWAY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91–5065. CHRISTOPHER v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 91–5066. A'GIZA v. SAN BERNARDINO WEST SIDE COMMUNITY DEVELOPMENT CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5067. GARCIA v. FREY ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 91–5068. GENNINGER v. BUTLER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTE, NORFOLK. C. A. 1st Cir. Certiorari denied.

No. 91–5069. JETER v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 91–5070. TROIANI v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–5071. DEPEW v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5072. BREWSTER v. DERWINSKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 91–5073. MILLAN-ESQUER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5074. THOMPSON v. ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–5075. DAVIS v. CITY OF COLUMBUS, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.